# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JERRY SCOTT WILSON, individually and on behalf of C.W., his minor daughter | ) ) ) ) | |
| Plaintiff, | ) ) ) | No. 3:24-cv-01005 |
| v. | ) ) | |
| MATTHEW WRIGHT, TRAVIS LAMPLEY, SCOTT MARTIN, RILEY DUNMEYER, and RUTHERFORD COUNTY, TENNESSEE | ) ) ) ) ) ) | |
| Defendants. | ) | |
| SCOTT WILSON, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:25-cv-00542 |
| RUTHERFORD COUNTY, TENNESSEE and JUDGE TRAVIS LAMPLEY | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

On May 23, 2025, the Court consolidated the above-referenced actions because they involved common questions of law or facts. (Doc. No. 75). In light of the consolidation and Federal Rule of Civil Procedure 15(a)(2) that amendment of the complaint should be freely given when justice so requires, the Motion to Amend Complaint (Doc. No. 73) in Case No. 3:24-cv-01005 is **GRANTED IN PART**. See also Brown v. Chapman, 814 F.3d 436, 442–43 (6th Cir. 2016) (quoting Morse v. McWhorter, 290 F.3d 795, 800 (6th Cir. 2002) ("Because Rule

15(a)(2) directs courts to 'freely give leave when justice so requires,' the rule embodies a 'liberal amendment policy.'").

The Court declines to exercise its discretion and apply the pending motions to dismiss to the "portion of the amended complaint that are substantially identical to the original complaint." (Doc. No. 73 at 1). It would not be an efficient use of judicial resources for the Court to compare the Second Amended Complaint (Doc. No. 43) and the Third Amended Complaint (Doc. No. 73) to find the differences. Neither is it the Court's responsibility to construe the parties' brief based upon the Third Amended Complaint. Accordingly, the following motions to dismiss (Doc. Nos. 51, 53, 55) are **DENIED AS MOOT**. See Crawford v. Tilley, 15 F.4th 752, 759 (6th Cir. 2021) ("The general rule is that filing an amended complaint moots pending motions to dismiss."); Parry v. Mohawk Motors of Mich., Inc., 236 F.3d 299, 306 (6th Cir. 2000) (acknowledging that when a plaintiff files an amended complaint, the "new complaint supersedes all previous complaints and controls ... from that point forward.").

To advance efficient case management, the Court stays any filings until the case management conference before Magistrate Judge Holmes. The Clerk is directed to assign Case No. 3:25-cv-00542 to Magistrate Judge Holmes.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE