# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **JERRY SCOTT WILSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:24-cv-01005** |
| | ) | |
| **MATTHEW WRIGHT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On June 8, 2026, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Court deny Jerry Scott Wilson's motion for injunctive relief and declaratory judgment and dismiss the third amended complaint without prejudice. (Doc. No. 99). The Magistrate Judge informed the parties that any objections to the R&R must be filed within 17 days of service because service is by mail. (Id. at 9–10); see also Fed. R. Civ. P. 6(d). The deadline to object was June 25, 2026. Neither party filed any objections.

Where, as here, there are no "timely objection[s]" to the R&R, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment (citations omitted); see also Ashraf v. Adventist Health Sys./Sunbelt, Inc., 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018) (citing Thomas v. Arn, 474 U.S. 140, 150 (1985)) ("The district court is not required to review—under a de novo or any other standard—those aspects of the report and recommendation to which no objection is made.").

Having reviewed the R&R de novo, the Court finds no clear error and agrees with the Magistrate Judge's recommendation. Specifically, the Court agrees that Wilson's requests for

injunctive and declaratory relief are unsupported by evidence and he does not clearly define his alleged impending injuries.  Additionally, he did not timely serve the third amended complaint under Federal Rule of Civil Procedure 4(m).

Accordingly, the R&R (Doc. No. 99) is **APPROVED AND ADOPTED**.  The motion for injunctive relief and declaratory judgment (Doc. No. 91) is **DENIED**. The third amended complaint (Doc. No. 83) is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

2